IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ANTONIO RUDY GONZALEZ, )<br>)<br>*Defendant.* )<br>) | Case No. 1:25-MJ-307<br><br>**UNDER SEAL** |

**AFFIDAVIT IN SUPPORT OF A
CRIMINAL COMPLAINT AND AN ARREST WARRANT**

I, Matthew U. Lariccia, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.  I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and I have been so employed since 2009. As part of my duties as a Special Agent, I am assigned to investigate violations of federal law, including the online sexual exploitation of children. This includes violations pertaining to the illegal possession, receipt, distribution, transmission, advertisement, and production of material depicting the sexual exploitation of minors. I have had numerous hours of professional law enforcement training in the detection and investigation of criminal offenses. I have training and experience in the enforcement of the laws of the United States, including the preparation, presentation, and service of subpoenas, affidavits, criminal complaints, search warrants, and arrest warrants. As a federal agent, I am authorized to investigate violations of laws of the United States and, as a law enforcement officer, I am authorized to execute warrants issued under the authority of the United States.

2.      I also have training and experience in the area of child pornography and child exploitation, and I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256), including computer media. Through my experience and training, I can identify child pornography when I see it.

3.      The facts and information in this affidavit are based upon information that I obtained during this investigation and information that has been provided to me by other law enforcement sources. Since this affidavit is being submitted for the limited purpose of securing a complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for this application.

4.      I submit this affidavit in support of a criminal complaint and arrest warrant charging ANTONIO RUDY GONZALEZ ("GONZALEZ"), a resident of Alexandria, Virginia, which is within the Eastern District of Virginia, with violations of 18 U.S.C. §§ 2252(a)(1),(2) and (b)(1), distribution of child pornography. For the reasons set forth below, I submit that probable cause exists to believe that in or about February 2024, GONZALEZ did knowingly distribute child pornography on at least two separate dates. Specifically, GONZALEZ utilized his Kik account, "lilgirllover39," to commit the SUBJECT OFFENSES.

## STATUTORY AUTHORITY AND DEFINITIONS

5.      18 U.S.C. § 2252(a)(2) and (b)(1) prohibit any person from knowingly receiving or distributing, or attempting or conspiring to receive or distribute, any visual depiction using any means or facility of interstate or foreign commerce, or that has been mailed or shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, or knowingly

reproducing any visual depiction for distribution using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce or through the mails, if the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

6. The term "minor," as defined in 18 U.S.C. § 2256(1), means any person under the age of 18 years.

7. The term "sexually explicit conduct," as defined in 18 U.S.C. § 2256(2)(A)(i)–(v), means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person.

8. The term "visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data that is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

9. The term "child pornography," as defined in 18 U.S.C. § 2256(8), is any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical or other means, of sexually explicit conduct, where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct.

10.     The term "child erotica," as used herein, means materials or items that are sexually arousing to persons having a sexual interest in minors but that are not necessarily obscene or do not necessarily depict minors in sexually explicit poses or positions.

11.     The term "computer," as used herein, refers to "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device" and includes smartphones, and mobile phones and devices. *See* 18 U.S.C. § 1030(e)(1).

12.     IP Address: An Internet Protocol address (or simply "IP address") is a unique numeric address used by computers on the Internet. An IP address is a series of four numbers, each in the range 0-255, separated by periods (e.g., 121.56.97.178). Every computer attached to the Internet computer must be assigned an IP address so that Internet traffic sent from and directed to that computer may be directed properly from its source to its destination. Most Internet service providers control a range of IP addresses. Some computers have static—that is, long-term—IP addresses, while other computers have dynamic—that is, frequently changed—IP addresses.

## STATEMENT OF PROBABLE CAUSE

13.     The National Center for Missing and Exploited Children (NCMEC) is a non-profit 501(c)(3) organization that serves as a national clearinghouse and resource center for families, victims, private organizations, law enforcement, and the public on missing and sexually exploited children. NCMEC operates a CyberTipline and Child Victim Identification program. Through the CyberTipline, Internet Service Providers (ISP), Electronic Service Providers (ESP), and individual persons may notify NCMEC of online child pornography. NCMEC makes information submitted

to the CyberTipline and Child Victim Identification Program available to law enforcement agencies.

14. On or about April 8, 2024, an employee of Kik[1] reported to the NCMEC CyberTipline that Kik user "lilgirllover39" uploaded nine files of suspected child pornography to Kik servers on February 8, 2024, and February 17, 2024, from IPv4 addresses resolving to a T-Mobile account in the Washington, D.C. area. The Kik employee reported "lilgirllover39" was registered with display name James White and verified email address the.james.white38@gmail.com.

15. According to information provided by Kik in the CyberTip, the Kik employee reviewed the suspected child pornography prior to submission to the NCMEC CyberTipline. NCMEC categorized four files as A1 (involving a prepubescent minor / sex act) and five files as A2 (prepubescent minor / lascivious exhibition).

16. Your affiant reviewed the suspected child pornography and observed the following:

   a. 329c3726afcd0b93206e44616e37faf0: Video depicts an apparently prepubescent female of small stature, nude from the waist down, with no breast development nor pubic hair, being genitally penetrated by the erect penis of an adult male while the child lays on a piece of furniture.

---

[1] In October 2019, Kik was purchased by Media Lab, a company operating in California in the United States. Kik advertises itself as "the first smartphone messenger with a built-in browser." Kik Messenger allows its users to "talk to your friends and browse and share any web site with your friends on Kik." According to their website, Kik Messenger, a free service easily downloaded from the Internet, has become the simplest, fastest, most life-like chat experience you can get on a smartphone. Unlike other messengers, Kik usernames – not phone numbers – are the basis for Kik user accounts, so Kik users are in complete control with whom they communicate. In addition, Kik features include more than instant messaging, Kik users can exchange images, videos, sketches, and even more with mobile web pages.

  b. ac4252dd197392a203580c87750bcdf7: Video depicts an apparently prepubescent female with youthful facial characteristics and small frame having her mouth penetrated by the erect penis of an adult male. The adult male holds the child's head against his erect penis and eventually ejaculates into the child's mouth.

  c. 5caaec59b0e8ca620ef06c08437520b0: Video depicts an adult female having her mouth penetrated by an adult male's erect penis while a completely nude prepubescent girl of small stature, with no breast development nor pubic hair, is laying on a bed next to the adult female. The child is wearing a mask over her eyes and appears to have bindings around her neck and wrists. The adult male eventually removes his penis from the adult female's mouth and then ejaculates onto the child's nude body.

17. On May 1, 2024, Kik was served with a search warrant [24-SC-945] issued by the Honorable Moxila A. Upadhyaya, in United States District Court for the District of Columbia, for information, to include content, associated with Kik user "lilgirllover39." Kik responded, providing in part, messages and media associated with "lilgirllover39." Your affiant reviewed the content and observed approximately over sixty (60) image and video files depicting minors engaged in sexually explicit conduct, including lascivious depictions of minors' genitals, as well as infant and toddlers. This also included the three videos described above, depicting suspected child pornography. The account records also included chat logs and messages, as well as images of child erotica.

18. The Kik records and chat logs revealed that "lilgirlover39" had sent a number of images and/or videos depicting minors to other users on Kik. For example, on February 8, 2024, another Kik user sent a message to "lilgirllover39" saying, "Saw you wanted to trade" and

"lilgirllover39" responds "yeah I'm only into kids though." He then follows up with another message, saying "Ah if u wanna do nudes we need to switch to sess or telegram Kik bans me before for trd nude." However, "lilgirlover39" then proceeds to send this user approximately 10 images and/or videos of minor females between the ages of approximately 8 and 12. In some of these photos and videos, the minors are clothed or partially clothed and posed suggestively. Others clearly depict minors engaged in sexually explicit conduct. For instance, your affiant reviewed the media and observed one of the videos, labeled with Kik media id a5d95071-2c54-4a4e-99c3-3abd30a29be6, which "lilgirlover39" sent to this user on February 8, 2024. This video depicts an apparently prepubescent female of small stature with youthful facial characteristics and no breast development nor pubic hair. The child is completely nude, and the camera appears to be positioned between the child's legs, exposing her vagina to the camera. The child, throughout the video, uses her hand to masturbate and spread her vagina.

19. On February 17, 2024, "lilgirllover39" sent a different user a video labeled with Kik media id 05966a69-c506-4133-b5e4-4f29a54020dd. This video depicts an apparently nude toddler male being sexually abused by three adult males. Two of the adult males are standing and the third is in a sitting position. The video begins with the toddler being held upside down by one of the standing adult males while the other standing adult male has a hand under the toddler's chin and around the toddler's neck. The two standing adult males are observed masturbating their erect penises on the toddler's face and around his body. The toddler is lowered to the lap area of the sitting adult male and forcefully restrained there by a standing adult male, while all three adult males masturbate. One of the standing adult males and the sitting adult male visibly ejaculate on the toddler. The third adult male, who was forcefully restraining the toddler, does not appear to ejaculate, but he uses his hand to rub the ejaculate from the other adult males over the toddler's

face. The user to whom this video is sent responds, "Fucking hot [flame emoji]".

20. The Kik records also reveal that "lilgirllover39" sent one of videos flagged by Kik and NCMEC and described above, ac4252dd197392a203580c87750bcdf7, to both of these other users within their respective chats.

21. The content of the Kik response also contained other messages from the account user "lilgirllover39," indicating an interest in prepubescent children.

22. For example, on February 8, 2024, the following exchanges, in part, occurred between "lilgirllover39" and a third user ("User 3"):

> "lilgirllover39": Hey from chat
>
> "User 3": Hi
>
> "User 3": Like them young eh?
>
> "User 3": That's hot
>
> "lilgirllover39": Yeah I'm into all kinds of taboos
>
> "User 3": Young girls are hot. Loved seeing my niece when she was young
>
> "lilgirllover39": Oh nice how old was she
>
> "User 3": Just starting to get some hair.
>
> "User 3": 11 or 12
>
> "lilgirllover39": Not bad
>
> "lilgirllover39": My two fav things are rape and kids…
>
> [Chat continues on]…
>
> "lilgirllover39": It's hot we both have two of the same interests
>
> "User 3": Yes it is
>
> "lilgirllover39": Let me know if I get to young for you, I'm into lil kids

## Identification of Antonio Rudy Gonzalez

23. On or about April 18, 2024, Kik was served with an administrative subpoena requesting subscriber information for user "lilgirllover39." Kik responded, providing in part that user "lilgirllover39" was registered on January 27, 2024[2] to a Motorola 5G 2023, with a display name of James White and a verified email address of the.james.white38@gmail.com.

24. On or about April 18, 2024, Google LLC was served with an administrative subpoena requesting subscriber information for email address the.james.white38@gmail.com. Google LLC responded, providing in part that the.james.white38@gmail.com address was registered on January 27, 2024 to James White, and was most recently accessed from two T-Mobile IPv6 addresses, 2607:fb90:ea9c:241a:2482:e5ff:fee1:b18c on February 10, 2024 at 00:27:09 UTC and 2607:fb91:14af:4042:24b4:9bff:fe2c:49cc on February 23, 2024 at 00:54:23 UTC.

25. On or about April 18, 2024, T-Mobile was served with an administrative subpoena requesting subscriber information for the two T-Mobile IPv6 addresses provided by Google LLC. T-Mobile responded, providing in part, records that these two IPv6 addresses resolved to telephone number 703-928-1891, a T-Mobile Prepaid Unlimited rate plan, with MSISDN name Anthony Hernandez.

26. On or about May 9, 2024, T-Mobile was served with an administrative subpoena requesting call detail records for telephone number 703-928-1891. T-Mobile responded, providing in part the requested call detail records. According to the call detail records, telephone number 703-928-1891 had approximately forty-one contacts with telephone number 800-825-5866 between approximately January 4, 2024, to May 8, 2024.

---

[2] GONZALEZ, date of birth July 26, 1984, was 39 years old when "lilgirllover39" was registered on this date.

27.     As of May 2024, according to open-source searches, telephone number 800-825-5866 is the main telephone number for TalkToMe.com. On or about May 15, 2024, TalkToMe.com c/o TLOR Holdings LLC was served with an administrative subpoena requesting subscriber information for the account linked to telephone number 703-928-1891. TalkToMe.com responded, providing in part, the customer contacting them from telephone number 703-928-1891 had a username of "lilpedocock," billing name of Antonio Gonzalez, billing address of 517 S Fayette Street, Alexandria, Virginia 22314, and email address of anthonyh3684@gmail.com. Additionally, TalkToMe.com provided the credit card history for the account, providing in part, partial credit card numbers 427082*8986 and 427082*1260.

28.     As of May 2024, according to open-source searches, Bank Identification Number 427082 is a Visa credit card issued by USAA Federal Savings Bank.[3]

29.     On or about June 5, 2024, USAA Federal Savings Bank ("USAA") was served with a grand jury subpoena requesting subscriber information for the account(s) linked to GONZALEZ. USAA responded, providing in part, that credit card numbers 427082******8986 and 427082******1260 resolved to GONZALEZ, primary billing address of 517 S Fayette Street, Alexandria, Virginia 22314. According to transaction records, credit card numbers 427082******8986 and 427082******1260 had numerous transactions to TLBILL.com.

30.     According to open-source searches, TLBILL.com is a website that provides, in part, credit card billing for several Internet sites, including TalkToMe.com.

31.     According to commercial and law enforcement sensitive database searches, GONZALEZ, date of birth July 26, 1984, resided at 517 S Fayette Street, Alexandria, Virginia

---

[3] "Bank Identification Number," or BIN code, refers to the initial sequence of four to six numbers that appears on a credit card. The number is used to identify the card's issuing bank or other financial institution. The BIN number ties an issuer to all the cards it issues, and to all the transactions on those cards.

22314, and is the registered owner of a 2016 Chevrolet Malibu, bearing Virginia license plate UAH8564, Vehicle Identification Number 1G11C5SA3GF139988.

32. According to a law enforcement sensitive database search, GONZALEZ is a registered sex offender as a result of a 2013 conviction for distribution of child pornography in United States District Court for the Eastern District of Virginia.

### Prior Conviction and United States Probation Office Investigation of Antonio Rudy Gonzalez

33. On March 25, 2013, the FBI initiated an investigation on GONZALEZ related to distribution of child pornography. According to FBI records, in sum and substance, an undercover employee ("UCE") communicated with "lilgirllover27," later identified as GONZALEZ, via Yahoo! Messenger. During their conversations, "lilgirllover27" said they were into "little girls, rape, incest, teens" and later distributed child pornography to the UCE.[4]

34. On July 24, 2013, GONZALEZ appeared before the Honorable James C. Cacheris, in the United States District Court for the Eastern District of Virginia, where he plead guilty to Distribution of Child Pornography.

35. On October 18, 2013, GONZALEZ appeared before the Honorable James C. Cacheris, in the United States District Court for the Eastern District of Virginia, for Sentencing for Distribution of Child Pornography. At the time, he was committed to the custody of the United States Bureau of Prisons for one hundred and ten (110) months to be followed by twenty (20) years' supervised release.

---

[4] GONZALEZ used the same username 'lilgirllover' ending with a numerical, "27" and "39," consistent with his approximate age or age at the time, in both FBI cases. Further, his interests, as indicated in messages for both usernames, was rape and children.

36. On February 19, 2021, GONZALEZ was first released to the community to start supervised release. GONZALEZ eventually violated the conditions of his supervised release and was sentenced to nine (9) months' incarceration and an additional eighteen (18) years of supervised release. According to the Probation Officer's recent memorandum in support of the United States Probation Office's authorization to execute special condition regarding search of GONZALEZ's residence, vehicle, property, electronic devices, etc., (Docket No.: 1:13CR00251-001) the violation(s) that led to revocation included accessing and binging adult pornography over a weekend from his monitored smart phone. GONZALEZ unsuccessfully attempted to disable the monitoring software and then proceeded to view over 1,500 webpages of commercially produced adult pornography. According to probation, GONZALEZ's pornography viewing habits included searching for videos depicting/simulating forced sex, sex on young/teenage females, and sex acts perpetrated on sleeping individuals (without their consent). Other violations included the use of massage parlors and telephone sex hotlines, and GONZALEZ admitted to prompting the telephone operators to portray "young" females while they were having sex.

37. On April 18, 2023, GONZALEZ was released to the community to start supervised release, set to expire on April 17, 2041.

38. On July 20, 2024, GONZALEZ was observed during surveillance by United States Probation Office personnel to be in the presence of two minor children, in violation of the conditions of his supervised release. During the surveillance, GONZALEZ was observed arriving at his wife's residence in his vehicle and then departing, unsupervised, with her two children, a thirteen (13) year old male and an eight (8) year old female. United States Probation Office personnel intervened to separate GONZALEZ from the children.

39. On July 22, 2024, GONZALEZ was arrested by the United States Marshals Service for a supervised release violation warrant.

40. On July 22, 2024, Senior United States District Judge Anthony J. Trenga, in the United States District Court for the Eastern District of Virginia, approved the United States Probation Office's authorization to execute special condition regarding search of Gonzalez's residence, vehicle, property, electronic devices, etc. [Docket No.: 1:13CR00251-001].

41. On July 24, 2024, United States Probation Office personnel, with the FBI in a support capacity, executed a search of GONZALEZ's residence and vehicle.

42. While executing the search of the vehicle, law enforcement personnel observed a cellular phone, known to United States Probation Office personnel to be GONZALEZ's monitored phone, on the front-passenger seat.

43. While executing the search of the vehicle, law enforcement personnel also discovered an unmonitored phone, a Motorola 5G 2024, not known to nor authorized by United States Probation Office personnel, in a hidden compartment behind the multimedia interface, in violation of the conditions of his supervised release. A subsequent forensic analysis of this phone determined that it was fairly new and uncovered no further relevant evidence.

44. On September 3, 2024, in United States District Court for the Eastern District of Virginia, the Honorable Leonie M. Brinkema ordered and adjudged that GONZALEZ's term of supervised release, imposed on October 18, 2013, be revoked and terminated. GONZALEZ was committed to the United States Bureau of Prisons to be imprisoned for a term of twelve (12) months and one (1) day, with credit for time served.

## CONCLUSION

45. Based on the foregoing, I submit that there is probable cause to believe that in or about February 8, 2024, and again on or about February 17, 2024, ANTONIO RUDY GONZALEZ knowingly violated 18 U.S.C. §§ 2252(a)(2) and (b)(1), distribution of child pornography, and I respectfully request that a criminal complaint and arrest warrant be issued for GONZALEZ.

Respectfully submitted,

*Matthew U. Lariccia*
Matthew U. Lariccia, Special Agent
Federal Bureau of Investigation

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 41 via telephone on May 23, 2025.

Digitally signed by Ivan Davis
Date: 2025.05.23 15:27:35 -04'00'

The Honorable Ivan D. Davis
United States Magistrate Judge